# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2024 KW 1003

VERSUS

VERNON GOODLOW                                    **DECEMBER 4, 2024**

---

In Re:     Vernon Goodlow, applying for supervisory writs, 23rd
           Judicial District Court, Parish of Ascension, No. 9870.

---

BEFORE:    **WOLFE, MILLER, AND GREENE, JJ.**

    **WRIT DENIED.**

                              EW
                              SMM
                              HG

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT